UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 12-254 (EGS) |
| | : | |
| v. | : | |
| | : | |
| MUSTAFAH MUHAMMAD, | : | |
| KABIE SECKA, | : | |
| JOHN JONES, JR., | : | |
| ROBERT NELSON III, | : | |
| DONTRELL BRITTON, | : | |
| JONATHAN HOWARD, | : | |
| RICKY CANTY, | : | |
| SALU THOMAS, | : | |
| COBRA SINGH, | : | |
| JEAN MOORE, | : | |
| MICHAEL PARRIS, | : | |
| SEBASTIAN WOODS, | : | |
| MARCUS WILCOXON, | : | |
| MOIRA LONDON, | : | |
| MICHELLE PADGETT, and | : | |
| IBRAHIM MATTHEWS, | : | |
| | : | |
| Defendants. | : | |

### STATUS REPORT IN RESPONSE TO
### COURT'S MARCH 19, 2015 MINUTE ORDER

1. On December 10, 2011, the Metropolitan Police Department ("MPD") began implementing a data management system called I/Leads. During the first nine months of implementation, I/Leads operated concurrently with MPD's then-existing data management system. In September 2012, I/Leads became MPD's exclusive data management system.[1] Other law enforcement agencies, including the United States Capitol Police, the United States Marshals Service, the United States Park Police, and the United States Secret Service, have access to MPD's I/Leads system, and use it as part of the booking process.

---

[1] I/Leads is scheduled to be replaced by a new data management system in August 2015.

2. On March 10, 2015, representatives from the Office of the Attorney General for the District of Columbia ("OAG") met with representatives of the United States Attorney's Office for the District of Columbia ("USAO") and reported that OAG had discovered that in a very recent case the police reports provided to it by MPD had not captured all of the information that was contained in I/Leads. Further investigation revealed that it was possible for a law enforcement officer, following the rules and requirements of I/Leads, to enter case related information into certain I/Leads fields that did not populate the police reports generated by I/Leads. As a result, I/Leads may contain case related information for pending and closed cases that, had this information been known to the USAO, would have been disclosed to the defense.

3. On March 16, 2015, the United States Attorney for the District of Columbia sent a letter to the Federal Public Defender for the District of Columbia, the Director of the Public Defender's Service for the District of Columbia, the President of the Superior Court Trial Lawyers Association, and the President of the D.C. Association of Criminal Defense Lawyers explaining the I/Leads situation and describing steps being taken to address this issue. On March 19, 2015, the Court ordered the government to file a status report by March 27, 2015, providing a detailed explanation of the government's understanding of the extent to which the I/Leads issue described above may affect this case. The Court further ordered the government to include an explanation of any determination it makes as to the materiality, immateriality, favorability, or unfavorability of any information related to this case that is uncovered in connection with the government's investigation of this issue.

4. It is the government's understanding that the use of I/Leads in the above-captioned

case was limited to the administrative function of booking the defendant. The undersigned has reviewed the I/Leads fields that did not populate the police reports generated by I/Leads in this case, and has determined that there was no data contained therein.

                              Respectfully submitted,

                              RONALD C. MACHEN JR.
                              UNITED STATES ATTORNEY
                              D.C. BAR No. 447889

By:    **S/ *Kenneth F. Whitted*_____**
            KENNETH F. WHITTED
            ASSISTANT U.S. ATTORNEY
            D.C. BAR No. 430346
            555 4th STREET, N.W., Suite 4820
            WASHINGTON, D.C. 20530
            (202) 252-7722
            Kenneth.Whitted@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 27th day of March, 2015, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

                                                          _____/s/_____
                                                  Assistant United States Attorney